**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Luis Antonio Loja Mayancela
Petitioner

CIVIL ACTION

V.

NO.  1:26-cv-11105-ADB

Patricia Hyde et al
Respondents

**ORDER OF DISMISSAL**

Burroughs, D. J.

In accordance with the Court's Electronic Order dated April 22, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

By the Court,

April 22, 2026                                         /s/Caetlin McManus
Date                                                          Deputy Clerk